The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on February 27, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: February 27, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re:  ) | Case No. 16-15564 |
| ) | |
| CHRISTOPHER GEORGE ) | |
| HRIVNAK, ) | Chapter 7 |
|     Debtor. ) | |
| ) | |
| ─────────────────── ) | Adversary Proceeding |
| ) | No. 17-1005 |
| R & G NURSING CARE, INC. ) | |
| D/B/A KENSINGTON CARE ) | |
| CENTER, ) | |
|     Plaintiff, ) | Judge Arthur I. Harris |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER GEORGE ) | |
| HRIVNAK, ) | |
|     Defendant. ) | |

### JUDGMENT

For the reasons stated in the separate Memorandum of Opinion, the Court enters a monetary judgment in favor of R & G Nursing Care, Inc. d/b/a Kensington Care Center in the amount of $3,085 and finds this judgment nondischargeable

under 11 U.S.C. § 523(a)(2)(A).  Each party shall bear its own costs and attorney's fees.

    IT IS SO ORDERED.